THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**STRYKER SPINE, Plaintiff–Appellant,**

v.

**BIEDERMANN MOTECH GMBH and Depuy Spine, Inc., Defendants–Appellees.**

No. 2011–1170.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2012.

William L. Mentlik, Lerner David Littenberg Krumholz & Mentlik, LLP, of Westfield, NJ, argued for plaintiff-appel-

lant. On the brief were Roy H. Wepner and Keith E. Gilman. Of counsel was Steven J. Routh, Orrick Herrington & Sutcliffe LLP, of Washington, DC.

Luke L. Dauchot, Kirkland & Ellis LLP, of Los Angeles, CA, argued for defendants-appellees. Of counsel on the brief were Gregory A. Castanias, Jones Day, of Washington, DC; and Calvin P. Griffith, Patrick J. Norton, and Susan M. Gerger, of Cleveland, OH. Of counsel was Barry E. Bretschneider, Morrison & Foerster, LLP, of McLean, VA.

Before RADER, Chief Judge, LOURIE and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**